# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Agustin Cortes-Salcedo,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>United States of America,<br><br>　　　　　　Respondent. | No. CV-13-00424-PHX-ROS<br><br>**ORDER** |

　　　　On February 4, 2016, Magistrate Judge Eileen S. Willett issued a Report and Recommendation ("R&R") recommending the Court dismiss the Amended Motion to Vacate based on Petitioner's failure to prosecute. A copy of the R&R was sent to Petitioner's last known address but it was returned because Petitioner was no longer at that address. (Doc. 27). With no way of contacting Petitioner, this case cannot continue. And with no objections to the R&R, the Court need not conduct any review of its conclusions. Therefore, the R&R will be adopted in full.

　　　　Accordingly,

　　　　**IT IS ORDERED** the Report and Recommendation (Doc. 25) is **ADOPTED IN FULL** and the Amended Motion to Vacate (Doc. 8) is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to enter judgment accordingly and terminate this case.

　　　　**IT IS FURTHER ORDERED** a Certificate of Appealability is denied because

1 | jurists of reason would not find it debatable whether the Court was correct in its
2 | procedural ruling.
3 | Dated this 18th day of March, 2016.

                                         Honorable Roslyn O. Silver
                                         Senior United States District Judge